IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-3-D

JOHN MICHAEL SCARDINA, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
WENDY PANKE, and )
WESLEY ROBINSON, )
)
        Defendants. )

On January 4, 2021, plaintiff, appearing pro se, filed this action [D.E. 1]. On March 30, 2022, plaintiff filed a motion to dismiss this case [D.E. 24]. The court has considered plaintiff's motion to dismiss. See Fed. R. Civ. P. 41(a). Plaintiff's motion to dismiss is GRANTED. The clerk shall close the case.

SO ORDERED. This _1_ day of April, 2022.

                                JAMES C. DEVER III
                                United States District Judge